ACCEPTED
03-15-00420-CR
6012532
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/10/2015 10:27:03 AM
JEFFREY D. KYLE
CLERK



# DISTRICT ATTORNEY'S OFFICE
## 33ᴿᴰ & 424ᵀᴴ Judicial Districts
### COUNTIES OF
#### BLANCO • BURNET • LLANO • SAN SABA

## Wiley B. McAfee
### District Attorney

July 10, 2015

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

7/10/2015 10:27:03 AM

JEFFREY D. KYLE
Clerk

Mr. Jeffery D. Kyle
Clerk of Court of Appeals
P. O. Box 12457
Austin, TX 78711

Re:    Case No. 03-15-00420-CR; Karra Trichele Allen v. The State of Texas
       Appeal from Cause No. 42765 in the 33rd District Court of Burnet County

Dear Mr. Kyle:

       Please accept this letter as our designation of Lead Counsel for the State of Texas, Appellee, in the above described case.   Lead Counsel for this case is:

       Gary W. Bunyard
       Assistant District Attorney
       P.O. Box 725
       Llano, TX 78643
       (325) 247-5755 (voice)
       (325) 247-5274 (fax)
       g.bunyard@co.llano.tx.us
       Texas State Bar No. 03353500

                                        Sincerely,

                                        Gary W. Bunyard
                                        Assistant District Attorney

cc:    Mr. Gary Prust
       Attorney for Appellant
       via eServe and email

**811 Berry Street • P.O. Box 725 • Llano, Texas 78643 • 325-247-5755 • Fax 325-247-5274**